UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | NO: CR-07-2094-WFN |
| Plaintiff, ) | |
| ) | **PROPOSED** |
| v. ) | **ORDER DISMISSING** |
| ) | **INDICTMENT** |
| JOEL SANCHEZ-MENDOZA, ) | |
| ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED that the Indictment in the above-entitled matter is dismissed without prejudice. The Court makes no judgment as to the merit or wisdom of this dismissal.

DATED this __29th__ day of November, 2007.


    s/ Wm. Fremming Nielsen
WM. FREMMING NIELSEN
UNITED STATES DISTRICT JUDGE